IT IS HEREBY ORDERED THAT THE CONTENTS OF THIS ENVELOPE ARE SEALED AND SHALL REMAIN SEALED UNTIL FURTHER ORDER OF THE COURT.

01/06/05
DATE

David L. Martin
USMJ

S05-004 (LMM/ka)
USAO SEALING NUMBER

1:05M03M