**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

IN THE MATTER OF THE )
APPLICATIONS, AFFIDAVITS AND )
SEARCH AND SEIZURE WARRANTS )

1:05M03M
1:05-M-04M

**MOTION TO SEAL**

Comes now the United States of America, by and through its attorneys, ROBERT CLARK CORRENTE, United States Attorney, and Luis M. Matos, Assistant United States Attorney, and moves that the attached Application and Affidavit for a Search Warrant and Search Warrant; and Application and Affidavit for a Seizure Warrant and Seizure Warrant be sealed until further order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Luis M. Matos

LUIS M. MATOS
Assistant U.S. Attorney

SO ORDERED:

David L. Martin

THE HONORABLE DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE

DATE: 1-6-05

3/3