# UNITED STATES DISTRICT COURT

**DISTRICT OF** RHODE ISLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
One Richmond Square, Suite 310-E, Providence, Rhode Island, as more fully described in Attachment A

## SEARCH WARRANT

CASE NUMBER: 1:05-03-M

TO: Any Special Agent of the Federal Drug Administration and any Authorized Officer of the United States

Affidavit(s) having been made before me by FDA Special Agent Jason A. Simonian (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

One Richmond Square, Suite 310-E, Providence, Rhode Island, a suite located on the third floor of a complex known as One Richmond Square as more fully described in Attachment A

in the City of Providence District of Rhode Island there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHMENT B.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 1-13-05 (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to DAVID L. MARTIN, UNITED STATES MAGISTRATE JUDGE (U.S. Judge or Magistrate Judge) as required by law.

1-6-05 3:46 P.M at PROVIDENCE, RHODE ISLAND
Date and Time Issued — City and State

DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

David L. Martin
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

| RETURN | | CASE NUMBER: |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

____________________________________

Subscribed, sworn to, and returned before me this date.

____________________________________ ________________________

U.S. Judge or Magistrate Judge Date

# ATTACHMENT A

Premises to be searched: One Richmond Square, 310-E, Providence, Rhode Island.

The premise to be search is located within One Richmond Square, at Suite 310-E, which is located on the third floor of the complex. The entrance door to the office is identified as "310-E."

Suite 301-E, is described as follows: Upon entering the suite there is a patient waiting area. To the right is a bathroom and to the left is a half door, which leads to the "Pharmacy" area. Supplement stock is in view on the shelves in the pharmacy area. A doorway, which leads from the waiting room to the main interior office, is located adjacent to the bathroom door. To the right of the main interior office is a room with "therapy" equipment. Across from that room is John Curran's office. Located on one side of Curran's office is a "thermal imaging room" and on the other side of the office is a room where exams are conducted. There is also door located next to the desk in the main interior office.




One Richmond Sq. Suite 310-E
Providence, RI

TFA [signature]

ATTACHMENT B

1. Any and all patient files and billing records and documents, to include any log books, notebooks, or records, regarding patients of the Northeastern Institute for Advanced Natural Healing Institute, to include written, recorded, printed or electronically stored materials.

2. Telephone logs, telephone messages, fax messages and all correspondence relating to the purchase and production and distribution of any supplements, to include "E-Water" and the "Green Drink", distributed by John Curran and/or the Northeastern Institute for Advanced Natural Healing.

3. All quantities of supplements to include, but not limited to, "E-Water" and the "Green Drink."

4. Devices used in the diagnosis of clients, to include but not limited to; devices used to conduct "blood analysis," "thermal imaging," and "BioMeridian stress assessment," tests.

5. Devices used in the treatment of patients, to include but not limited to; (1) hydrotherapy massage machine; (2) spectra color spa system; (3) hyperbaric chamber; (4) hydro massager with infra red light; (5) ionic cleaner; (6) massage capsule; and (7) personal sauna with white plastic hoses.

6. Financial statements, wire transfers, checking account information, deposit information to include safety deposit box records, credit debit memo records, business financial records, business files containing account history or individual transactions or mailings, currency, state and federal tax records, corporate records and business licenses operational records, business brochures, employee records, training records, qualification certificates, and complaint correspondence.

7. Any safe or similar item that may used to store the fruits of the alleged scheme, including cash.

8. Computer systems, databases, computer programs, software, computer manuals, word processors, magnetic media, all of which are related to the Northeast Institute of Advanced Natural Healing.

The terms "records" and "documents" include all documentary material whatever form and whatever means the records and documents, their draft, or their modifications may have been created or stored, including but not limited to, any handmade form (such as writing, drawing) any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, photos, motion pictures, photo copies); any mechanical form (such as writing, printing or typing); any electrical, electronic, or magnetical form (such as tape recordings, cassettes, compact discs, or any information on an electronic or magnetic storage device, such as floppy diskettes, hard disks CD-ROMS, optical disk, printer buffers, smart cards, memory calculators, electronic dialers, ZIP drives, burnable drives, or electronic notebooks, as well as printouts or readouts from any magnetic storage devices.