FILED

JUN 09 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

JUN 10 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

IN RE GRAND JURY PROCEEDINGS ) ) Misc. No. 1:05-M-03-M )

**GOVERNMENT'S MOTION TO LIFT SEALING ORDER OF JANUARY 6, 2005**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, and Luis M. Matos, Assistant United States Attorney, and hereby moves that the Court's Order to seal an Application and Affidavit for Search Warrant and related documents, dated January 6, 2005, be lifted for the foregoing reasons.

On April 27, 2005, the Court entered a sealing order in a related matter, Misc. No. 1:05-M-69M, in regard to a Seizure Warrant and related matters. The Application for Seizure Warrant in Misc. No. 1:05-M-69M relied, in significant part, on allegations previously made in the January 6, 2005 Application for Search Warrant. The Order to Seal in Misc. No. 1:05-M-69-M, was effective until June 6, 2005, at which time it expired. Since the related matter has been

unsealed, there is no need to further maintain the seal on Misc. No. 1:05-M-03M

Accordingly, the United States' respectfully requests that the Court's June 6, 2005 Order to Seal be lifted.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney

SO ORDERED:

THE HONORABLE DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE

DATED: 6-13-05